**MIAMI REAL ESTATE COMPANY, a Florida Corporation, et al., Appellants, v. Margaret Spence EASTWOOD, a Widow, Appellee.**

No. 6622.

Circuit Court of Appeals, Fifth Circuit.

March 22, 1933.

Bart A. Riley, of Miami, Fla., for appellants.

Charles A. Carroll and Joseph Otto, both of Miami, Fla., for appellee.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The decree is affirmed.